UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD CARLOS QUEEN,

    Petitioner,

v.                                          CASE NO: 8:10-cv-1994-T-26AEP

SECRETARY, DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

**O R D E R**

On September 13, 2010, this Court entered an order at docket 2 directing Petitioner to pay the Clerk's filing fee or file a request for leave to proceed in forma pauperis within thirty (30) days of commencement of the action. Petitioner was specifically warned that failure to do so would result in dismissal of the case without further notice. On October 15, 2010, the Court entered an order at docket 3 dismissing the case without prejudice because Petitioner failed to abide by the directives of the earlier order. In light of these circumstances, Petitioner's untimely filed Motion to Proceed In Forma Pauperis (Dkt. 4) is denied.[1] Petitioner may refile his petition for writ of habeas corpus in a separate case so long as it is accompanied by the Clerk's filing fee or a motion to proceed in forma pauperis.

**DONE AND ORDERED** at Tampa, Florida, on November 12, 2010.

                              s/*Richard A. Lazzara*
                              **RICHARD A. LAZZARA**
                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

    [1] The face of the motion reflects Petitioner executed it on October 21, 2010.